November 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

FLUTOBO, INC. D/B/A KELLER WILLIAMS REALTY NORTHEAST, Appellant

NO. 14-12-00104-CV                           V.

SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY, Appellees

_____

SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY, Appellants

NO. 14-12-00170-CV                           V.

JUDY HOPKINS, Appellee

_____

Cause No. 14-12-00104-CV is an appeal from a judgment in favor of appellees SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY signed on November 18, 2011. This cause was heard on the transcript of the record. In Cause No. 14-12-00104-CV, we have inspected the record and conclude that the trial court erred in rendering judgment in favor of appellees SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY. In Cause No. 14-12-00104-CV, we therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY take nothing by their claims against appellant FLUTOBO, INC. D/B/A KELLER WILLIAMS REALTY NORTHEAST. We further order that all costs incurred by reason of the appeal in Cause No. 14-12-00104-CV be paid by appellees SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY, jointly and severally. We further order this decision certified below for observance.

Cause No. 14-12-00170-CV is an appeal from an order in favor of appellee JUDY HOPKINS signed on July 15, 2011, and made a final judgment on November 18, 2011. This cause was heard on the transcript of the record. In Cause No. 14-12-00170-CV, we

have inspected the record and find no error in the judgment. In Cause No. 14-12-00170-CV, we order the judgment of the court below **AFFIRMED**. We further order that all costs incurred by reason of the appeal in Cause No. 14-12-00170-CV be paid by appellants, SHAWN HOLLOWAY AND STEPHANIE HOLLOWAY, jointly and severally. We further order this decision certified below for observance.